1  Mark F. Anderson SBN 44787
   Anderson, Ogilvie & Brewer LLP
2  600 California Street, 18th Floor
   San Francisco, CA 94108
3  Telephone:   415.651.1951
   Facsimile:   415.956.3233
4
   Attorney for Plaintiff
5  Michel Ter Sarkissoff

6

7                       UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA

9  MICHEL TER SARKISSOF,              ) CASE NO. 11-0979 PJH
                                      )
10         Plaintiff,                 )
                                      )
11      vs.                           ) **STIPULATION RE DATE FOR CASE**
                                      ) **MANAGEMENT CONFERENCE**
12  JD ENTERPRISES AND FINANCIAL      )  AND ORDER
    SERVICES, INC,                    )
13                                    )
           Defendants.                )
14  _____  )

15      Whereas, plaintiff's attorney is scheduled to be on vacation on June 23, 2011, the date set for

16  the initial Case Management Conference,

17      IT IS HEREBY STIPULATED by and between counsel for plaintiff Michel Ter Sarkissof

18  and counsel for defendant Experian Information Solutions, Inc. that the case management conference

19  may be continued to July 7, 2011, at 2:00 PM.

20      (Defendant JD Enterprises and Financial Services, Inc. has been served, but as yet to appear

21  in this action).

22  Dated:  June 6, 2011                    ANDERSON, OGILVIE & BREWER LLP

23                                          By:    */s/ Mark F. Anderson*
                                                   Mark F. Anderson
24                                          Attorneys for Plaintiff Michel Ter Sarkissof

Page Two, Stipulation re Date for CMC

Dated: June 6, 2011

                                      JONES DAY

                              By:      */s/ Eric J. Hardeman*
                                    Eric J. Hardeman
                                    Attorneys for Defendant
                                    Experian Information Solutions, Inc.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]  6/7/11